IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.                                                                     4:01-CR-56-SPM

PERCY LYDELL GLAZE,

    Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

THIS CAUSE comes before the Court on Defendant's motion to reduce sentence pursuant to the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c), and for appointment of counsel (doc. 37).

An application of the amendment results in no change to Defendant's guideline range because of the career offender enhancement, which sets Defendant's offense level at 37.  With a 3-point reduction for acceptance of responsibility, Defendant's total offense level remains at level 34.

Defendant was facing mandatory life in prison.  However, pursuant to a substantial assistance motion filed by the Government, Defendant's final sentence was 170 months.  Because Defendant's sentencing guideline range does not change after the application of the crack cocaine amendment Defendant's sentence is not affected.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motion to Reduce Sentence and to Appoint Counsel (doc. 37) is hereby **denied**.

DONE AND ORDERED this <u>fourteenth</u> day of July, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge